UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Lillie Gates-Lacy, | : | Case No. 1:09CV2593 |
| | : | |
| Plaintiff | : | Judge Kathleen O'Malley |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| City of Cleveland, Department of Public Safety, | : | **MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Defendant | : | |

This action having come on for status conference, this Court extended the plaintiff's time to complete discovery to October 8, 2009, and based on that extension also extended the date for the defendant to file a dispositive motion to November 5, 2010.

With this action, it is clear that there is nothing further this Court can do under the Order of Reference of Judge O'Malley before leaving the bench on October 29, 2010.  This being so, the file will be returned to Judge O'Malley, the reference closed, and the Clerk of Courts is directed to draw another magistrate judge to the case in place of this Court.

**IT IS SO ORDERED**

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE:    September 10, 2010